|[pic] |
| |
|Court of Appeals |
|Second District of Texas |
|CHIEF JUSTICE | |CLERK |
|BONNIE SUDDERTH |TIM CURRY CRIMINAL JUSTICE CENTER | |
| |401 W. BELKNAP, SUITE 9000 |DEBRA SPISAK |
|JUSTICES |FORT WORTH, TEXAS 76196-0211 | |
|SUE WALKER | |CHIEF STAFF ATTORNEY |
|BILL MEIER |TEL: (817) 884-1900 |LISA M. WEST |
|LEE GABRIEL | | |
|ELIZABETH KERR |FAX: (817) 884-1932 |GENERAL COUNSEL |
|MARK T. PITTMAN | |CLARISSA HODGES |
|J. WADE BIRDWELL |www.txcourts.gov/2ndcoa | |

 March 15, 2018

|Joseph W. Spence |Hon. David L. Evans |
|Assistant District Attorney |Regional Presiding Judge |
|401 W. Belknap Street |Tom Vandergriff Civil Courts Bldg. |
|Fort Worth, TX 76196 |100 N. Calhoun St., 2nd Floor |
|* DELIVERED VIA E-MAIL * |Fort Worth, TX 76196 |
| |* DELIVERED VIA E-MAIL * |
|Isaiah R. Williams | |
|Tarrant County Jail #0883329 |Criminal District Clerk, Tarrant |
|100 N. Lamar |County |
|Fort Worth, TX 76196 |Tim Curry Criminal Justice Center |
| |401 W. Belknap, 3rd Floor |
|Hon. George William Gallagher |Fort Worth, TX 76196-0402 |
|Judge, 396th District Court |* DELIVERED VIA E-MAIL * |
|Tim Curry Criminal Justice Center | |
|401 W. Belknap, 6th floor |John W. Stickels |
|Fort Worth, TX 76196 |P.O. Box 121431 |
|* DELIVERED VIA E-MAIL * |770 N. Fielder Rd. |
| |Arlington, TX 76012 |
| |* DELIVERED VIA E-MAIL * |

RE: Court of Appeals Number: 02-17-00204-CR, 02-17-00205-CR
 Trial Court Case Number: 1451790D, 1452066D

Style: Isaiah R. Williams
 v.
 The State of Texas

 Today the Second Court of Appeals issued an opinion and judgment in
the above-referenced cause. Copies of the opinion and judgment are
attached and can also be viewed on our Court’s webpage at:
http://www.txcourts.gov/2ndcoa.

 Respectfully yours,

 DEBRA SPISAK, CLERK
 [pic]